## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ANDREW KUNDRATIC, | : | No. 74 MAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court dated August |
| | : | 1, 2019 at No. 115 MD 2018 |
| v. | : | |
| | : | |
| | : | |
| SOPHIA CAROL THOMAS, AKA SOPHIA | : | |
| CAROL KUNDRATIC, ARTHUR | : | |
| SILVERBLATT, ANTHONY LUMBIS, HON. | : | |
| TINA POLACHEK GARTLEY, GARY A. | : | |
| MICHAK IN CARE OF THE ESTATE OF | : | |
| GARY A. MICHAK, C. J. BUFALINO, HON. | : | |
| HAROLD F. WOELFEL JR., | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                        **DECIDED:  April 22, 2020**

AND NOW, this 22nd day of April, 2020, the order of the Commonwealth Court is hereby AFFIRMED.